IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| United States of America, | ) | Case No. 3:08cr417 |
| | ) | |
| Plaintiff, | ) | ORDER OF REFERRAL TO |
| | ) | MAGISTRATE JUDGE |
| -vs- | ) | |
| | ) | Judge Jack Zouhary |
| Daniel Szymanski, | ) | |
| | ) | |
| Defendants | | |

The above case is hereby referred to the United States Magistrate Judge Vernelis K. Armstrong for purposes of conducting the arraignments and all issues relating to initial detention.

IT IS SO ORDERED.

                                                      Jack Zouhary    10/14/2008
                                                    UNITED STATES DISTRICT JUDGE